UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

| | |
|---|---|
| In re: | Chapter 11 |
| Carousel of Languages, LLC | Case No. 15-12851(mg) |
| Debtor. | |

-----------------------------------------------------------------

ORDER TO SHOW CAUSE SCHEDULING INTERIM AND FINAL HEARINGS ON
DEBTOR'S MOTION FOR DIP FINANCING AND FOR RELATED RELIEF

UPON (i) Debtor's Emergency Motion Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 364 For Interim and Final Financing Order (I) Authorizing Debtor to Obtain Post-Petition Financing Secured by a Senior Lien Under Section 364(d) of the Bankruptcy Code and (II) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(B) and (C), ( (together, the "Motions") filed by Carousel of Languages, LLC.(the "Debtor"),

IT APPEARING THAT unless a hearing is scheduled by the Court on shortened notice, immediate and irreparable harm and injury to the Debtor and its estate will occur through its inability, inter alia¸ to receive DIP financing to retain professionals and to pay other necessary expenses and sufficient cause appearing to me exist to schedule a hearing on shortened notice with respect to the relief sought in the Motions; it is

ORDERED, that a hearing shall be held before the Honorable Martin Glenn United States Bankruptcy Judge, at The United States Bankruptcy Court for the Southern District of New York, One Bowling, New York, New York 10004, on **December 7, 2015 at 10:00 a.m.**, or as soon thereafter as counsel can be heard (the "Interim Hearing") to determine, whether the relief sought in the Motion should be granted on an interim basis, and granting such other and further relief as may be just and proper; and it is further

ORDERED, that a hearing shall be held before the Honorable Martin Glenn United States Bankruptcy Judge, at The United States Bankruptcy Court for the Southern District of New York, One Bowling, New York, New York 10004, on **December 21, 2015 at 2:00 p.m.**, or as soon thereafter as counsel can be heard (the "Final Hearing") to determine, whether the relief sought in the Motion should be granted, and granting such other and further relief as may be just and proper; and it is further

ORDERED, objections, if any, to the relief sought in the application, must be in writing setting forth the facts and authorities upon which an objection is based, filed with the Clerk of the United States Bankruptcy Court, Southern District of New York, One Bowling New York, New York 10004, with a copy to Chambers, provided, however, that pursuant to general order No. M-599 re Electronic Case Filing Procedures (as amended from time to time), entities with Internet access shall file objections (formatted in the Adobe Acrobat file format) at http://www.nysb.uscourts.gov, and served so as to be received by the attorneys for the Debtor, Arlene Gordon-Oliver, Arlene Gordon-Oliver & Associates, PLLC, 199 Main Street, White Plains, New York 10601; attorneys for Julian Salisbury, Platzer, Swergold, Levine, Goldberg, Katz & Jaslow, LLP, located at 475 Park Ave South, 18th Floor, New York, New York 10016 attention: Scott Levine, Esq. and Paul Hahn, Esq. and the Office of the United States Trustee for the Southern District of New York, 201 Varick Street, Room 10006, New York, New York 10004, so that they are received on or before **December 4, 2015 at 4:30 p.m.**; and it is further

ORDERED, that service of a copy of this Order, the Motions by Federal Express or other overnight delivery service upon (i) the Office of the United States Trustee for the Southern District of New York, 201 Varick Street, Room 10006, New York, New York 10004, (ii) the Debtor's secured lenders, (iii) the Debtor's twenty (20) largest unsecured creditors, and (iv) all parties having filed notices of appearance and/or a demand for notices in this case, on or before **December 3, 2015**, shall be deemed good and sufficient service and notice of the Motions and the relief sought therein.

Dated: New York, New York
       December 3, 2015

                                          **/s/ Martin Glenn**
                                        The Honorable Martin Glenn
                                        United States Bankruptcy Judge