**Fill in this information to identify the case:**

Debtor name    **Carousel of Languages, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **15-12851**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*................................................................................    $ _____0.00_

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................    $ _____3,054.94_

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..............................................................................    $ _____3,054.94_

| Part 2: | Summary of Liabilities |
|---|---|

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................    $ _____3,650.42_

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*............................................    $ ___134,857.58_

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*................................    +$ ___253,556.38_

4.    Total liabilities .....................................................................................
   Lines 2 + 3a + 3b    $ ___392,064.38_

**Fill in this information to identify the case:**

Debtor name **Carousel of Languages, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) **15-12851**

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **JP Morgan Chase Bank** | **Checking Account** | **5358** | **$54.94** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $54.94 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Carousel of Languages, LLC** | | Case number *(If known)* | **15-12851** |
|---|---|---|---|---|
| | Name | | | |

---

**Part 5:**  **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
□ Yes Fill in the information below.

---

**Part 6:**  **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
□ Yes Fill in the information below.

---

**Part 7:**  **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

□ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>Office  Furniture and Equipment | **$0.00** | | **$2,500.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>Office Equipment | **$0.00** | | **$500.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | **$3,000.00** |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
□ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
□ Yes

---

**Part 8:**  **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
□ Yes Fill in the information below.

---

**Part 9:**  **Real property**

54. **Does the debtor own or lease any real property?**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Carousel of Languages, LLC** | Case number *(If known)* **15-12851** |
|---|---|---|
| | Name | |

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

<table>
<tr><td><strong>Part 10:</strong></td><td><strong>Intangibles and intellectual property</strong></td></tr>
</table>

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

<table>
<tr><td><strong>Part 11:</strong></td><td><strong>All other assets</strong></td></tr>
</table>

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
|  | **Renovations** | **$0.00** |

| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$0.00** |
|---|---|---|

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor  **Carousel of Languages, LLC**                                 Case number *(If known)* **15-12851**
_____Name_____

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $54.94 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,054.94 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,054.94 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Carousel of Languages, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF NEW YORK

Case number (if known)  **15-12851**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |
| **2.1  Wells Fargo** <br> Creditor's Name <br><br> **Pacific Leasing** <br> **3455 S, 344th Way** <br> **Auburn, WA 98001** <br> Creditor's mailing address | Describe debtor's property that is subject to a lien <br> **Business Loan** | $3,650.42 | $0.00 |

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $3,650.42

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name   **Carousel of Languages, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   **15-12851**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$605.00** | **$605.00** |
| | **Aaron Okuliar** | *Check all that apply.* | | |
| | **45 W. 60th Street** | ☐ Contingent | | |
| | **Apt 27A** | ☐ Unliquidated | | |
| | **New York, NY 10023** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,045.00** | **$1,045.00** |
| | **Alex & Ava Maria Kavour** | *Check all that apply.* | | |
| | **200 E 69th Street** | ☐ Contingent | | |
| | **Apt 25B** | ☐ Unliquidated | | |
| | **New York, NY 10021** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **Carousel of Languages, LLC** | Case number (if known) | **15-12851** |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $544.50 | $544.50 |
|---|---|---|---|---|

**Alexa Shaoolian**
**102 Madison Avenue**
**2nd Floor**
**New York, NY 10016**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,100.00 | $2,100.00 |
|---|---|---|---|---|

**Alyssa Carmusciano**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Teacher Salaries**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,000.00 | $6,000.00 |
|---|---|---|---|---|

**Arden Gilker**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Teacher Salaries**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $605.00 | $605.00 |
|---|---|---|---|---|

**Ariana Simmons**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Carousel of Languages, LLC | Case number (if known) | 15-12851 |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $550.00 | $550.00 |
|---|---|---|---|---|

**Brayden Zeitlen**
**172 West 79th Street**
**Apt 17A**
**New York, NY 10024**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $605.00 | $605.00 |
|---|---|---|---|---|

**Carmelo Musacchia**
**530 East 76th Street**
**New York, NY 10021**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,165.00 | $1,165.00 |
|---|---|---|---|---|

**Catherine Holmes**
**5210 Prytania Street**
**New Orleans, LA 70115**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $51,312.21 | $0.00 |
|---|---|---|---|---|

**Christina Ferrari**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Teacher Salaries**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Carousel of Languages, LLC** | Case number (if known) | **15-12851** |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,360.00 | $2,360.00 |
|---|---|---|---|---|

**Cristina Koch**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Teacher Salaries**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $544.50 | $544.50 |
|---|---|---|---|---|

**Daniel Zhang**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $605.00 | $605.00 |
|---|---|---|---|---|

**David Everoff**
**44 West 62nd Street**
**Apt 22E**
**New York, NY 10023**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,857.50 | $0.00 |
|---|---|---|---|---|

**Dept of Labor**
**Division of Labor Standards**
**District One**
**75 Varick Street, 7th Floor**
**New York, NY 10013**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Salaries to Teachers**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| Debtor | Carousel of Languages, LLC | | Case number (if known) | **15-12851** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,071.67 | $8,071.67 |
|---|---|---|---|---|

**Dept of Labor**
**Division of Labor Standards**
**District One**
**75 Varick Street, 7th Floor**
**New York, NY 10013**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $605.00 | $605.00 |
|---|---|---|---|---|

**Dylan Glover**
**10 West 74th Street**
**Apt 10D**
**New York, NY 10023**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $605.00 | $605.00 |
|---|---|---|---|---|

**Emilia Densmore**
**30 W. 76th Street**
**Apt 1**
**New York, NY 10023**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,165.00 | $1,165.00 |
|---|---|---|---|---|

**Eytan Chen**
**225 West 71st**
**Apt 82**
**New York, NY 10023**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Carousel of Languages, LLC** | Case number (if known) | **15-12851** |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,165.00 | $1,165.00 |
|---|---|---|---|---|
| | **Farah Mahmud** | Check all that apply. | | |
| | **252 West 71 Street** | ☐ Contingent | | |
| | **New York, NY 10023** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,165.00 | $1,165.00 |
|---|---|---|---|---|
| | **Gaia Chen** | Check all that apply. | | |
| | **226 West 71st** | ☐ Contingent | | |
| | **Apt 82** | ☐ Unliquidated | | |
| | **New York, NY 10023** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|
| | **Henry Dean** | Check all that apply. | | |
| | **322 West 72nd Street** | ☐ Contingent | | |
| | **Apt #6D** | ☐ Unliquidated | | |
| | **New York, NY 10023** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,165.00 | $1,165.00 |
|---|---|---|---|---|
| | **Isabella McWilliams** | Check all that apply. | | |
| | **20 West 64th Street** | ☐ Contingent | | |
| | **Apt 41R** | ☐ Unliquidated | | |
| | **New York, NY 10023** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Carousel of Languages, LLC | | Case number (if known) | **15-12851** |
|---|---|---|---|---|
| | Name | | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $605.00 | $605.00 |
|---|---|---|---|---|

**Joshua Korn**
**300 West End Avenue**
**Apt 8B**
**New York, NY 10023**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | | $544.50 | $544.50 |

**Joshua Korn**
**300 West End Avenue**
**Apt 8B**
**New York, NY 10023**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | | $544.50 | $544.50 |

**Julian Srouji**
**50 Riverside Drive**
**Apt 14D**
**New York, NY 10024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | | $605.00 | $605.00 |

**Kai Berland**
**171 West 71st Street**
**#11c**
**New York, NY 10023**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

| Debtor | **Carousel of Languages, LLC** | | Case number (if known) | **15-12851** |
|---|---|---|---|---|
| | Name | | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,461.53** | **$0.00** |
|---|---|---|---|---|
| | **Kristin Rancourt**<br>**319 E. 92 Street**<br>**Apt 4**<br>**New York, NY 10128** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid Teacher Salaries** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,165.00** | **$1,165.00** |
|---|---|---|---|---|
| | **Livia Srouji** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,317.62** | **$0.00** |
|---|---|---|---|---|
| | **Loredanna Losso**<br>**c/o Bonnie LS Parente PC**<br>**190 East Jericho Tpke**<br>**Mineola, NY 11501** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid Teacher Salaries** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,165.00** | **$1,165.00** |
|---|---|---|---|---|
| | **Lorenzo Cohen**<br>**221 West 138th Street**<br>**New York, NY 10030** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Carousel of Languages, LLC** | Case number (if known) | **15-12851** |
|---|---|---|---|
| | Name | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $605.00 | $605.00 |
|---|---|---|---|---|

**Marcello Rudofsky**
**121 West 72nd St**
**New York, NY 10023**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $550.00 | $550.00 |
|---|---|---|---|---|

**Maya Shaoolian**
**102 Madison Avenue**
**2nd Floor**
**New York, NY 10016**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $550.00 | $550.00 |
|---|---|---|---|---|

**Molly Zeitlen**
**172 West 79th Street**
**Apt 17AF**
**New York, NY 10024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $605.00 | $605.00 |
|---|---|---|---|---|

**Nathaniel Healey**
**24 5th Avenue**
**Apt 1132**
**New York, NY 10011**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Carousel of Languages, LLC** | | Case number (if known) | **15-12851** |
|---|---|---|---|---|
| | Name | | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $550.00 | $550.00 |
|---|---|---|---|---|

**Nicholas  Baksht**
**12 West 72nd Street**
**Apt #5E**
**New York, NY 10023**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $605.00 | $605.00 |
|---|---|---|---|---|

**Olive Copeland**
**169 Matthattan Avenue**
**#1A**
**New York, NY 10025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $550.00 | $550.00 |
|---|---|---|---|---|

**Owen Dean**
**323 West 72nd Street**
**Apt 6D**
**New York, NY 10024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,586.00 | $4,586.00 |
|---|---|---|---|---|

**Pamela Lum**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Teacher Salaries**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Carousel of Languages, LLC** | Case number (if known) | **15-12851** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,270.00 | $2,270.00 |
| | **Taylor Baumann** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Unpaid Teacher Salaries** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No  ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,165.00 | $1,165.00 |
| | **Valentina Cohen** **222 West 138th Street** **New York, NY 10030** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ No  ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,800.00 | $1,800.00 |
| | **Victoria Tapias Guzman** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Unpaid Teacher Salaries** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No  ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,673.05 | $0.00 |
| | **Yi-Ching Hsieh** **146 W. 79th Street** **Apt 4** **New York, NY 10024** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Unpaid Teacher Salaries** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No  ☐ Yes | | |

| Debtor | **Carousel of Languages, LLC** | | Case number *(if known)* | **15-12851** |
|---|---|---|---|---|
| | Name | | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$605.00** | **$605.00** |
|---|---|---|---|---|

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $605.00 | $605.00 |
|---|---|---|---|---|
| | **Zinnah Bright Lansdorf** | *Check all that apply.* | | |
| | **144 West 27th Street** | ☐ Contingent | | |
| | **Apt. 6F** | ☐ Unliquidated | | |
| | **New York, NY 10001** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

---

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$75,000.00** |
|---|---|---|---|
| | **1300 Madison Avenue Realty Corp.** | ☐ Contingent | |
| | **c/o Cutler, Minikes & Adelman LLP** | ☐ Unliquidated | |
| | **780 Third Avenue, 5th Floor** | ☐ Disputed | |
| | **New York, NY 10017** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Rent Arrears** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,846.87** |
|---|---|---|---|
| | **140-154 West 72 Realty LLC** | ☐ Contingent | |
| | **c/o SW Management, Paul Steinberg** | ☐ Unliquidated | |
| | **144 West 72nd Street** | ☐ Disputed | |
| | **New York, NY 10023** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Rent Arrears** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **New York Business Develp Corp** | ☐ Contingent | |
| | **50 Beaver Street** | ☐ Unliquidated | |
| | **Albany, NY 12207** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notice Purpose Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,883.37** |
|---|---|---|---|
| | **Pearl Capital** | ☐ Contingent | |
| | **40 Exchange Place** | ☐ Unliquidated | |
| | **3rd Floor** | ☐ Disputed | |
| | **New York, NY 10005** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Business Loan** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$34,522.50** |
|---|---|---|---|
| | **Seedco Financial Services** | ☐ Contingent | |
| | **915 Broadway** | ☐ Unliquidated | |
| | **10th Floor** | ☐ Disputed | |
| | **New York, NY 10010** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Business Loan** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Carousel of Languages, LLC** | Case number (if known) | **15-12851** |
|---|---|---|---|
| | Name | | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$46,801.80** |
|---|---|---|---|

**Sierra Realty Corp./ PYML Associates**
**c/o Silversmith & Assoc Law Firm PLLC**
**30 Broad Street, 20th**
**New York, NY 10004**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Rent Arrears_

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60,170.00** |
|---|---|---|---|

**True Fund Financial Services/ NYBDC**
**1440 Broadway**
**23rd Floor**
**New York, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Business Loan_

Is the claim subject to offset? ■ No ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,331.84** |
|---|---|---|---|

**Wide Merchant Loan**
**PO Box 5010**
**Woodland Hills, CA 91365**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Business Loan_

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.   Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 134,857.58 |
| 5b. Total claims from Part 2 | 5b. + | $ | 253,556.38 |
| 5c. Total of Parts 1 and 2<br>     Lines 5a + 5b = 5c. | 5c. | $ | 388,413.96 |

**Fill in this information to identify the case:**

Debtor name **Carousel of Languages, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) **15-12851**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Non-Residential Commerical Lease of office space located at 1300 Madison Avenue, New York, New York Commencing December 31, 2013 Terminating December 31, 2025** | |
| State the term remaining — **10 years** | **PYML Associates LLC Sierra Real Estate LLC 600 Madison Avenue, 3rd Floor New York, NY 10022** |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name    **Carousel of Languages, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **15-12851**

☐ Check if this is an
   amended filing

Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

#### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

#### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Patrizia Corman** | | **Seedco Financial Services** | ☐ D _____ <br> ■ E/F __3.5__ <br> ☐ G _____ |
| 2.2 **Patrizia Corman** | | **Pearl Capital** | ☐ D _____ <br> ■ E/F __3.4__ <br> ☐ G _____ |
| 2.3 **Patrizia Corman** | | **Sierra Realty Corp./ PYML Associates** | ☐ D _____ <br> ■ E/F __3.6__ <br> ☐ G _____ |
| 2.4 **Patrizia Corman** | | **Wide Merchant Loan** | ☐ D _____ <br> ■ E/F __3.8__ <br> ☐ G _____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy