EXHIBIT "B"

**Carousel Language Program, LLC**
**Chapter 11 Case No: 15-12851 -MG**
**Profit & Loss Projections**
**October 1, 2017 - December 31, 2022**

| | October 2017 | November 2017 | December 2017 | Twelve Months Ending 12/31/18 | Twelve Months Ending 12/31/19 | Twelve Months Ending 12/31/20 | Twelve Months Ending 12/31/21 | Twelve Months Ending 12/31/22 | Total |
|---|---|---|---|---|---|---|---|---|---|
| **Projected Income** | | | | | | | | | |
| Sales - Net | $60,490 | $ 60,490 | $ 52,000 | $ 854,000 | $ 879,620 | $ 906,009 | $ 933,189 | $ 961,185 | $ 4,706,982 |
| | | | | | | | | | |
| **Projected Operating Expenses** | | | | | | | | | |
| Teaching Payroll | 16,465 | 16,465 | 16,465 | 197,580 | 201,532 | 205,562 | 209,673 | 213,867 | 1,077,609 |
| Officer Salaries | 4,167 | 4,167 | 4,167 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 512,501 |
| Administrative Salaries | 9,917 | 9,917 | 9,917 | 120,000 | 122,400 | 124,848 | 127,345 | 129,892 | 654,235 |
| Payroll Taxes | 2,749 | 2,749 | 2,749 | 41,758 | 42,393 | 43,041 | 43,702 | 44,376 | 223,518 |
| Payroll Service Fees | 370 | 370 | 555 | 4,662 | 4,895 | 5,140 | 5,397 | 5,667 | 27,055 |
| Teaching Materials | 471 | 471 | 471 | 5,176 | 5,694 | 6,263 | 6,889 | 6,889 | 32,323 |
| Rent - Base rent 1309 Madison | 10,302 | 10,302 | 10,302 | 125,444 | 129,145 | 132,957 | 136,884 | 136,884 | 692,218 |
| Insurance - Health | 2,115 | 2,115 | 2,115 | 25,380 | 26,649 | 27,981 | 29,381 | 30,850 | 146,586 |
| Insurance - Liability | 307 | 307 | 307 | 3,218 | 3,379 | 3,548 | 3,725 | 3,911 | 18,701 |
| Insurance - Workers Comp/Disb, Payroll Service | 300 | 300 | 300 | 3,152 | 3,310 | 3,475 | 3,649 | 3,831 | 18,317 |
| Professional Fees Accounting | 1,250 | 1,250 | 1,250 | 13,125 | 13,781 | 14,470 | 15,194 | 15,954 | 76,274 |
| Marketing & Advertising Expense | 417 | 417 | 417 | 5,000 | 5,250 | 5,513 | 5,788 | 6,078 | 28,879 |
| Postage & Delivery | 35 | 35 | 35 | 420 | 441 | 463 | 486 | 511 | 2,426 |
| Dues & Subscriptions | 243 | 243 | 243 | 2,548 | 2,675 | 2,809 | 2,950 | 3,097 | 14,807 |
| Computer Expenses | 167 | 167 | 167 | 3,500 | 3,675 | 3,859 | 4,052 | 4,254 | 19,840 |
| Utilities | 327 | 327 | 327 | 3,434 | 3,606 | 3,786 | 3,975 | 4,174 | 19,956 |
| Telephone & Internet | 587 | 587 | 587 | 6,165 | 6,473 | 6,797 | 7,137 | 7,494 | 35,827 |
| Bank Service Charges | 6 | 6 | 6 | 59 | 62 | 65 | 68 | 72 | 343 |
| Security Systems | 58 | 58 | 58 | 605 | 635 | 667 | 700 | 735 | 3,516 |
| Office Supplies | 1,325 | 1,325 | 1,325 | 13,911 | 14,607 | 15,337 | 16,104 | 16,909 | 80,842 |
| Bookkeeping & Consulting Expenses | 2,833 | 2,833 | 2,833 | 33,996 | 35,696 | 37,481 | 39,355 | 41,322 | 196,349 |
| Cleaning Services | 309 | 309 | 309 | 3,239 | 3,401 | 3,571 | 3,750 | 3,937 | 18,823 |
| Repairs & Maintenance | 382 | 382 | 382 | 4,009 | 4,209 | 4,420 | 4,641 | 4,873 | 23,298 |
| Meals | 500 | 500 | 1,000 | 7,000 | 7,350 | 7,718 | 8,103 | 8,509 | 40,679 |
| Local Travel | 336 | 336 | 336 | 3,525 | 3,701 | 3,886 | 4,081 | 4,285 | 20,485 |
| United States Trustee Fees | 300 | 300 | 300 | 3,600 | 3,600 | - | - | - | 8,100 |
| Total Projected Expenses | 56,234 | 56,235 | 56,920 | 730,506 | 748,559 | 763,656 | 783,027 | 798,369 | 3,993,507 |
| | | | | | | | | | |
| **Total Projected Operating Profit (Loss)** | 4,256 | 4,255 | (4,920) | 123,495 | 131,061 | 142,352 | 150,161 | 162,816 | 713,475 |
| | | | | | | | | | |
| **Other Expenses** | | | | | | | | | |
| Depreciation | 784 | 784 | 784 | 9,408 | 9,408 | 9,408 | 9,408 | 9,408 | 49,392 |
| Interest | 605 | 605 | 605 | 7,260 | 7,260 | 7,260 | 7,260 | 7,009 | 37,864 |
| Federal, State, & Local Income Taxes | - | - | - | 26,707 | 28,598 | 31,421 | 33,373 | 36,600 | 156,699 |
| Total Other Expenses | 1,389 | 1,389 | 1,389 | 43,375 | 45,266 | 48,089 | 50,041 | 53,017 | 243,955 |
| | | | | | | | | | |
| **Net Income (Loss)** | $ 2,867 | $ 2,866 | $ (6,309) | $ 80,120 | $ 85,795 | $ 94,263 | $ 100,120 | $ 109,799 | $ 469,520 |

**Carousel Language Program, LLC**
**Chapter 11 Case No: 15-12851 -MG**
**Cash Flow Projections**
**October 1, 2017 - December 31, 2022**

| | October 2017 | November 2017 | December 2017 | Twelve Months Ending 12/31/18 | Twelve Months Ending 12/31/19 | Twelve Months Ending 12/31/20 | Twelve Months Ending 12/31/21 | Twelve Months Ending 12/31/22 | Total |
|---|---|---|---|---|---|---|---|---|---|
| **Projected Cash Inflows** | | | | | | | | | |
| Net Cash Income from Operations (Projected operating profit less interest & taxes) | $ 3,651 | $ 3,650 | $ (5,525) | $ 89,528 | $ 95,203 | $ 103,671 | $ 109,528 | $ 119,207 | $ 518,912 |
| Advance from Post Petition Lending Facility | 75,000 | - | - | - | - | - | - | - | 75,000 |
| Total Projected Cash Inflows | 78,651 | 3,650 | (5,525) | 89,528 | 95,203 | 103,671 | 109,528 | 119,207 | 593,912 |
| **Payments for Debt Service & Income Taxes** | | | | | | | | | |
| Repayment of JS Advance - (10yr note, 5%, first 5years interest only, last 5 years int. & principle) | - | - | - | - | - | - | - | 17,332 | 17,332 |
| Income Taxes, Federal, State, Local | - | - | - | 26,707 | 28,598 | 31,421 | 33,373 | 36,600 | 156,699 |
| Total Projected Debt Service & Income Taxes | - | - | - | 26,707 | 28,598 | 31,421 | 33,373 | 53,932 | 174,031 |
| **Payments for Plan Confirmation** | | | | | | | | | |
| Secured Claims - None | | | | | | | | | |
| Administrative Claims | | | | | | | | | |
| Chapter 11 Professional Fees (Subject to Application & Approval) | 25,000 | 4,000 | 4,000 | 48,000 | 44,000 | - | - | - | 125,000 |
| Landlord Attorney's Professional Fees - (Paid on effective date) | 11,333 | - | - | - | - | - | - | - | 11,333 |
| Priority Claims | | | | | | | | | |
| Priority Wage Claims - (5yrs Quarterly from effective date) | 2,094 | - | - | 8,376 | 8,376 | 8,376 | 8,376 | 6,282 | 41,880 |
| Stipulation with the Dept of Labor - (paid on effective date) | 9,514 | - | - | - | - | - | - | - | 9,514 |
| Payments to Priority Creditors - (5yrs Quarterly from effective date) | 687 | - | - | 2,747 | 2,747 | 2,747 | 2,747 | 2,061 | 13,737 |
| Unsecured Claims | | | | | | | | | |
| General Unsecured Creditors ($290,614, 20%, 5yrs, paid quarterly) | 2,906 | - | - | 11,624 | 11,624 | 11,624 | 11,624 | 8,721 | 58,123 |
| Total Payments for Plan Confirmation | 51,534 | 4,000 | 4,000 | 70,747 | 66,747 | 22,747 | 22,747 | 17,064 | 259,588 |
| **Projected Change in Cash** | 27,117 | (350) | (9,525) | (7,926) | (143) | 49,503 | 53,407 | 48,211 | 354,856 |
| **Beginning Cash Balance** | 30,000 | 57,117 | 56,766 | 47,241 | 39,315 | 39,172 | 88,674 | 142,082 | 30,000 |
| Add (Subtract) Projected Change in Cash Balance | 27,117 | (350) | (9,525) | (7,926) | (143) | 49,503 | 53,407 | 48,211 | 160,293 |
| **Ending Cash Balance** | $ 57,117 | $ 56,766 | $ 47,241 | $ 39,315 | $ 39,172 | $ 88,674 | $ 142,082 | $ 190,293 | $ 190,293 |

**Carousel Language Program, LLC**
**MOR Historical Results**
**January 1, 2016 - June 31, 2017**

| | 1/31/2016 | 2/28/2016 | 3/31/2016 | 4/30/2016 | 5/31/2016 | 6/30/2016 | 7/31/2016 | 8/31/2016 | 9/30/2016 | 10/31/2016 | 11/30/2016 | 12/31/2016 | Year Ended 12/31/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | $ 37,898 | $ 54,517 | $ 112,831 | $ 64,270 | $ 88,787 | $ 62,387 | $ 26,173 | $ 74,108 | $ 69,483 | $ 28,489 | $ 48,611 | $ 51,994 | $ 719,548 |
| CGS | 292 | 1,002 | - | 360 | | 285 | 238 | 867 | 1,457 | 155 | 1,057 | 2,143 | 7,856 |
| Gross Profit | 37,606 | 53,515 | 112,831 | 63,910 | 88,787 | 62,102 | 25,935 | 73,241 | 68,026 | 28,334 | 47,554 | 49,851 | 711,692 |
| Operating Expenses | 31,287 | 47,426 | 59,503 | 42,338 | 50,115 | 67,276 | 40,999 | 40,780 | 47,738 | 53,184 | 49,530 | 55,251 | 585,427 |
| Depreciation | 257 | 784 | 784 | 784 | 784 | 784 | 784 | 784 | 784 | 784 | 784 | 784 | 8,881 |
| Net Profit Before Re-Organization Items | 6,062 | 5,305 | 52,544 | 20,788 | 37,888 | (5,958) | (15,848) | 31,677 | 19,504 | (25,634) | (2,760) | (6,184) | 117,384 |
| Reorganization Items | 108 | 108 | 108 | 108 | 128 | 11,442 | 1,108 | 108 | 858 | 108 | 108 | 977 | 15,269 |
| Net Profit (Loss) | $ 5,954 | $ 5,197 | $ 52,436 | $ 20,680 | $ 37,760 | $ (17,400) | $ (16,956) | $ 31,569 | $ 18,646 | $ (25,742) | $ (2,868) | $ (7,161) | 102,115 |

| | 1/31/2017 | 2/28/2017 | 3/31/2017 | 4/30/2017 | 5/31/2017 | 6/30/2017 | Year Ended 12/31/2017 |
|---|---|---|---|---|---|---|---|
| Revenue | $ 57,743 | $ 41,690 | $ 92,806 | $ 59,350 | $ 89,077 | $ 86,716 | $ 427,382 |
| CGS | - | | | 352 | 1,071 | 56 | 1,479 |
| Gross Profit | 57,743 | 41,690 | 92,558 | 58,998 | 88,006 | 86,660 | 425,903 |
| Operating Expenses | 43,781 | 49,656 | 57,181 | 51,835 | 60,484 | 81,678 | 344,615 |
| Depreciation | 784 | 784 | 784 | 784 | 784 | 784 | 4,704 |
| Net Profit Before Re-Organization Items | 13,178 | (8,750) | 34,593 | 6,379 | 26,738 | 4,198 | 76,584 |
| Reorganization Items | 5,720 | 4,047 | 4,829 | 8,311 | 6,069 | 8,012 | 36,988 |
| Net Profit (Loss) | $ 7,458 | $ (12,797) | $ 29,764 | $ (1,932) | $ 20,669 | $ (3,814) | $ 39,596 |