Arlene Gordon-Oliver & Associates, PLLC
*Proposed Counsel for the Debtor in Possession*
199 Main Street, Suite 203
Tel: (914) 683-9750
 Arlene Gordon-Oliver

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:

CAROUSEL OF LANGUAGES LLC

        Debtor In Possession
.
----------------------------------------------------------x

CHAPTER 11
Case No. 15-12851(MG)

### NOTICE OF ADJOURNMENT OF HEARING ON THE MOTION OF THE OFFICE OF THE UNITED STATES TRUSTTE TO CONVERT CHAPTER 11 CASE TO CHAPTER 7, OR IN THE ALTERNATIVE, MOTION TO DISMISS CASE

PLEASE BE ADVISED, that the hearing on the Motion of the Office of the United States

Trustee to Convert Chapter 11 Case to Chapter 7, or in the alternative, to Dismiss Case is

adjourned from September 28, 2017 to November 1, 2017 at 2 p.m.


Dated: White Plains, New York
      September 12, 2015

                  ARLENE GORDON-OLIVER & ASSOCIATES, PLLC
                  Proposed Attorneys for Debtor
                  199 Main Street, Suite 203
                  White Plains, New York 10601
                  (914)683-9750

                  By: */s/ Arlene Gordon-Oliver*
                      Arlene Gordon-Oliver