Arlene Gordon-Oliver & Associates, PLLC
Proposed Attorneys for the Debtor
199 Main Street, Suite 203
White Plains, New York 10601

Arlene Gordon-Oliver, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                                                              Chapter 11
                                                                                         Case No.15-12851 mg

CAROUSEL OF LANGUAGES, LLC

                                                    Debtor.
-------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK           )
                                                  ) ss.:
COUNTY OF WESTCHESTER )

      Melissa Showers being duly sworn deposes:

      Deponent is not a party to the action and is over 18 years of age and is an employee of the law firm of Arlene Gordon-Oliver & Associates, PLLC, 199 Main Street, Suite 203 White Plains, New York 10601.

      On the 13th day of September, 2017, Deponent served a copy of the *Notice of Adjournment of Hearing on the Motion of the Office of the United States Trustee to convert Chapter 11 Case to chapter 7, or in the Alternative Motion to Dismiss Case* on the list of creditors annexed hereto by depositing a true copy of same enclosed in a pre-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service in the State of New York by first class mail.

                                                       */s/ Melissa Showers*
                                                        Melissa Showers

Sworn to before me this
13th day of September 2017

*/s/ Arlene Gordon-Oliver*
Arlene Gordon-Oliver
Notary Public ~ State of New York
No. 02OL5056614
Qualified in Westchester County
Commission Expires May 1, 2018

New York Business Development Corporation
c/o Lemery Greisler LLC
50 Beaver Street
2nd Fl.
Albany, NY 12207-1538

Silversmith & Associates Law Firm, PLLC
30 Broad Street
20th Floor
New York, NY 10004-2906

United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014-9449

Manhattan Division
One Bowling Green
New York, NY 10004-1415

1300 MADISON AVENUE REALTY CORP.
ANN NAPPI
482 NORTH SALEM ROAD
RIDGEFIELD, CT 06877-2424

1300 Madison Avenue Realty Corp.
c/o Cutler, Minikes & Adelman LLP
780 Third Avenue, 5th Floor
New York, NY 10017-2024

140-154 W. 72 Realty LLC
c/o Pollack & Sharan LLP
15 Maiden Lane, #1400
NY, NY 10038-5113

140-154 West 72 Realty LLC
c/o SW Management, Paul Steinberg
144 West 72nd Street
New York, NY 10023-3344

ALTUS GLOBAL TRADE SOLUTIONS
2400 VETERENS MEMORIAL BLVD.
KENNER, LA 70062-4715

Aaron Okuliar
45 W. 60th Street
Apt 27A
New York, NY 10023-7947

Alex & Ava Maria Kavour
200 E 69th Street
Apt 25B
New York, NY 10021-5745

Alexa Shaoolian
102 Madison Avenue
2nd Floor
New York, NY 10016-7590

American Express Travel Related Services
Co, Inc
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Bonnie Parente
190 East Jericho Tpke.,
Suite 204
Mineola, NY 11501-2054

Brayden Zeitlen
172 West 79th Street
Apt 17A
New York, NY 10024-6419

CONSOLIDATED EDISON COMPANY OF NEW YORK, INC
BANKRUPTCY GROUP
4 IRVING PLACE, ROOM 1875-S
NEW YORK, NY 10003-3502

Carmelo Musacchia
530 East 76th Street
New York, NY 10021-3138

Catherine Holmes
5210 Prytania Street
New Orleans, LA 70115-4109

Christina Ferrari
4705 Center Blvd
Apt 1001
Long Island City, NY 11109-5645

Cristina Koch
41 Walter Drive
Stony Point, NY 10980-1042

DEPT. OF LABOR
DIVISION OF LABOR STANDARDS DISTRICT ONE
ATTN: LETY ESCOBAR
75 VARICK ST, 7TH FLR
NEW YORK, NY 10013-1900

David Evseroff
44 West 62nd Street
Apt 22E
New York, NY 10023-7013

Department of the Treasury
Internal Revenue Service
Post Office Box 7346
Philadelphia, PA 19101-7346

Dept of Labor
Division of Labor Standards
District One
75 Varick Street, 7th Floor
New York, NY 10013-1900

Dylan Glover
10 West 74th Street
Apt 10D
New York, NY 10023-2453

Emilia Densmore
30 W. 76th Street
Apt 1
New York, NY 10023-1560

Eytan Chen
225 West 71st
Apt 82
New York, NY 10023-3728

Farah Mahmud
252 West 71 Street
New York, NY 10023-3752

| | | |
|---|---|---|
| Financial Pacific Leasing Inc.<br>3455 S. 344th Way Suite 300<br>Federal Way, WA 98001-9546 | Gaia Chen<br>226 West 71st<br>Apt 82<br>New York, NY 10023-3761 | Gina M. LaVersa<br>172 West 79th Street- Apt. 17AF<br>New York, NY 10024-6419 |
| Henry Dean<br>322 West 72nd Street<br>Apt #6D<br>New York, NY 10023-2676 | Isabella McWilliams<br>20 West 64th Street<br>Apt 41R<br>New York, NY 10023-7141 | Joshua Korn<br>300 West End Avenue<br>Apt 8B<br>New York, NY 10023-8156 |
| Julian Srouji<br>50 Riverside Drive<br>Apt 14D<br>New York, NY 10024-6508 | Kai Berland<br>171 West 71st Street<br>#11c<br>New York, NY 10023-3801 | Kristin Rancourt<br>319 E. 92 Street<br>Apt 4<br>New York, NY 10128-5492 |
| LINDA NAPPI<br>1300 MADISON AVE<br>NEW YORK, NY 10128-1376 | LOREDANA LOSSO<br>c/o BONNIE LS PARENTE PC<br>190 EAST JERICHO TPKE.<br>MINEOLA, NY 11501-2054 | Lemery Greisler LLC<br>Attorneys for New York Business<br>Development Corporation<br>Attn: Paul A. Levine, Esq.<br>50 Beaver Street - 2nd Fl.<br>Albany, New York 12207-1538 |
| Loredanna Losso<br>c/o Bonnie LS Parente PC<br>190 East Jericho Tpke<br>Mineola, NY 11501-2054 | Lorenzo Cohen<br>221 West 138th Street<br>New York, NY 10030-2102 | MARIA PRATA<br>44 WEST 62ND STREET<br>APT #22E<br>NEW YORK, NY 10023-7013 |
| Marcello Rudofsky<br>121 West 72nd St<br>New York, NY 10023-3210 | Maya Shaoolian<br>102 Madison Avenue<br>2nd Floor<br>New York, NY 10016-7590 | Molly Zeitlen<br>172 West 79th Street<br>Apt 17AF<br>New York, NY 10024-6419 |
| NEW YORK BUSINESS DEVELOPMENT<br>CORPORATION<br>c/o Paul A. Levine, Esq.<br>Lemery Greisler LLC<br>50 Beaver Street,<br>Albany, New York 12207-1538 | Nancee Bright<br>144 W. 27th St, Apt 6F<br>New York, NY 10001-6374 | Nathaniel Healey<br>24 5th Avenue<br>Apt 1132<br>New York, NY 10011-8821 |
| New York Business Develp Corp<br>50 Beaver Street<br>Albany, NY 12207-1513 | New York State Department of Taxation & Fina<br>Bankruptcy Section<br>P O Box 5300<br>Albany New York 12205-0300 | Nicholas Baksht<br>12 West 72nd Street<br>Apt #5E<br>New York, NY 10023-4164 |
| Olive Copeland<br>169 Matthattan Avenue<br>#1A<br>New York, NY 10025-3253 | Owen Dean<br>323 West 72nd Street<br>Apt 6D<br>New York, NY 10023 | PEARL CAPITAL<br>40 EXCHANGE PL<br>NEW YORK, NY 10005-2784 |
| PEARL CAPITAL RIVIS VENTURES, LLC<br>C/O ZACHTER PLLC<br>2 UNIVERSITY PLAZA, SUITE 205<br>HACKENSACK, NJ 07601-6211 | PYML Associates LLC<br>Sierra Real Estate LLC<br>600 Madison Avenue, 3rd Floor<br>New York, NY 10022-1689 | PYML Associates, LLC<br>c/o Silversmith & Associates, PLLC<br>30 Broad Street<br>20th Floor<br>New York, NY 10004-2304 |

Pamela Lum
19 Heywood Street
New Hyde Park, NY 11040-2411

Pearl Capital
40 Exchange Place
3rd Floor
New York, NY 10005-2784

SIERRA REALTY CORP.
c/o SILVERSMITH & ASSOC. LAW FIRM PLLC
30 BROAD ST. 20TH
NEW YORK, NY 10004-2304

SILVERSMITH & ASSOCIATES LAW FIRM, PLLC
Attorneys for PYML Associates, LLC
Attn: Jason Stuart Garber
30 Broad Street, 20th Floor
New York, New York 10004-2304

SNAP ADVANCES LLC
497 ROCKAWAY AVE. SUITE 1
VALLEY STREAM, NY 11581-1909

(p)TRUFUND FINANCIAL SERVICES INC
39 W 37TH ST
FL 7
NEW YORK NY 10018-2329

State of New York Department of Labor
Unemployment Insurance Division
Gov. W. Averell Harriman
State Office Building Campus
Building 12, Room 256
Albany, NY 12240-0001

True Fund Financial Services/ NYBDC
1440 Broadway
23rd Floor
New York, NY 10018-2326

Valentina Cohen
222 West 138th Street
New York, NY 10030-2108

Victoria Tapias Guzman

WIDE MERCHANT
c/o CAINDE & WEINER
P.O. BOX 5010
WOODLAND HILLS, CA 91365-5010

Wells Fargo
Pacific Leasing Inc.
3455 S. 344th Way Suite 300
Federal Way, WA 98001-9546

Wide Merchant Loan
PO Box 5010
Woodland Hills, CA 91365-5010

Yi-Ching Hsieh
146 W. 79th Street
Apt 4
New York, NY 10024-6429

Zinnah Bright Lansdorf
144 West 27th Street
Apt. 6F
New York, NY 10001-6374